SO. CAL EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Avenue, Second Floor
Los Angeles, CA  90004
Telephone:   (213) 252-8008
Facsimile:   (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
KYU HWA BACK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYU HWA BACK,<br><br>               Plaintiff,<br><br>        vs.<br><br>STEPHANIE LAM D/B/A PERFECT DONUT; SANG YOUNG LEE, AS TRUSTEE OF LEE FAMILY TRUST; DOES 1 to 10,<br><br>               Defendants. | **Case No. 2:20−cv−10730 AB (SKx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** |

     **PLEASE TAKE NOTICE** that Plaintiff KYU HWA BACK ("Plaintiff")

pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily

dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil

Procedure Rule 41(a)(1) which provides in relevant part:

     (a) **Voluntary Dismissal.**

          (1)     *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2,

                  and 66 and any applicable federal statute, the plaintiff may

                  dismiss an action without a court order by filing:

(i)     A notice of dismissal before the opposing party serves
either an answer or a motion for summary judgment.
Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.


DATED:  December 21, 2020          **SO. CAL EQUAL ACCESS GROUP**


_____/s/ Jason J. Kim_____
JASON J. KIM
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL